# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

| | |
|---|---|
| PENFORD CORPORATION and PENFORD PRODUCTS CO., <br><br> Plaintiffs, <br><br> vs. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and ACE AMERICAN INSURANCE COMPANY, <br><br> Defendants. | No. 09-CV-13-LRR <br><br> **ORDER** |

_____

The matter before the court is the "Motion to Withdraw and Amend Answer to Request to Admit" ("Motion") (docket no. 83) filed by Defendants National Union Fire Insurance Company of Pittsburgh, PA and Ace American Insurance Company. On May 20, 2010, Defendants filed the Motion. Plaintiffs Penford Corporation and Penford Products Co. have not filed a resistance, and the time for doing so has expired. *See* LR 7(e) (stating that resistance must be filed "within 14 days after the motion is served"). Accordingly, the motion is **GRANTED**. *See* LR 7(f) (stating that unresisted motion may granted without notice).

     **IT IS SO ORDERED.**

     **DATED** this 10th day of June, 2010.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA