IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

PRENFORD CORPORATION and
PENFORD PRODUCTS CO.,  )
                                           )
        Plaintiff,  )  No. 09-CV-0013-LRR
                                           )
vs.                                     )
                                           )  JUDGMENT IN A CIVIL CASE
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH and ACE
AMERICAN INSURANCE COMPANY  )
                                           )
        Defendant.  )

***DECISION BY COURT***: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED pursuant to an Order entered 02/10/2011 (docket number 154):

THAT National Union Fire Insurance of Pittsburgh, PA and Ace American Insurance Company recover cost in the amount of Eighty Three Thousand Seventy One Dollars and Seventy-Four Cents ($83,071.74.)

Dated: 2/10/2011                                   ROBERT L. PHELPS
                                              Clerk

                                              *Jamie L. Suiter* (signature)
                                              (By) Jamie Suiter Clerk