IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| PENFORD CORPORATION and PENFORD PRODUCTS CO., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA and ACE AMERICAN INSURANCE COMPANY, <br><br> Defendants. | No. 1:09-cv-00013-LRR |

## SATISFACTION OF JUDGMENT

Judgment (Doc. 155) was rendered by this Court in favor of the above-named Defendants and against the above-named Plaintiffs on February 10, 2011 in the amount of $83,071.74. The judgment of this Court was affirmed by the 8th Circuit Court of Appeals on November 29, 2011 (Judgment, Doc. 159). On December 20, 2011, an Order (Doc. 162) was entered for the above-named Defendants to recover costs on appeal in the amount of $127.25 from the above-named Plaintiffs.

Plaintiffs have paid a total of $85,193.55, which includes post-judgment interest and the costs on appeal.

WHEREFORE, a full and complete satisfaction of said judgments is hereby acknowledged, and it is hereby requested that the Clerk of Court make an entry of the full and complete satisfaction on the docket of said judgments.

Dated December 21, 2011.      **LEDERER WESTON CRAIG** PLC

By: _____
J. Michael Weston   AT0008405
Gregory M. Lederer  AT0004668
Brenda K. Wallrichs AT0008203
118 – 3rd Avenue SE, Suite 700
P. O. Box 1927
Cedar Rapids, IA 52406-1927
Telephone: 319.365.1184
Facsimile: 319.365.1186
E-mail: mweston@lwclawyers.com
E-mail: glederer@lwclawyers.com
E-mail: bwallrichs@lwclawyers.com

Matthew S. Ponzi
Thomas B. Orlando
**FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC**
222 N. LaSalle Street, Suite 1400
Chicago, IL 60601
Telephone: 312.863.5000
Facsimile: 312.863.5099
E-mail: mponzi@fgppr.com
E-mail: torlando@fgppr.com

ATTORNEYS FOR DEFENDANTS

STATE OF IOWA  )
               ) ss:
COUNTY OF LINN )

On this 21st day of December, 2011, before me personally appeared J. Michael Weston to me known and known to be a member of the firm of Lederer Weston Craig, PLC, one of the attorneys for Defendants in the above-entitled action, and to be the same person who executed the within Satisfaction of Judgment and acknowledged to me that he executed the same.

_____
Notary Public in and for the State of Iowa

RENEE J. HADJIS
COMMISSION NO. 186835
MY COMMISSION EXPIRES
10-1-2014

# CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of December 2011, I electronically filed the foregoing with the Clerk of the U.S. District Court for the Northern District of Iowa, Cedar Rapids Division, using the ECF system which will send notification of such filing to the following:

**Counsel for Plaintiffs:**

Roger W. Stone
E-mail: rstone@simmonsperrine.com

Stephen J. Holtman
E-mail: sholtman@simmonsperrine.com

Jeffrey K. McGinness
E-mail: jmcginness@simmonsperrine.com

Thomas M. Reiter
E-mail: thomas.reiter@klgates.com

Neal R. Brendel
E-mail: neal.brendel@klgates.com

Douglas J. Simmons
E-mail: doug.simmons@klgates.com

Paul C. Fuener
E-mail: paul.fuener@klgates.com

Christopher C. French
E-mail: chris.french@klgates.com

**Counsel for Defendants:**

J. Michael Weston
E-mail: mweston@lwclawyers.com

Gregory M. Lederer
E-mail: glederer@lwclawyers.com

Brenda K. Wallrichs
E-mail: bwallrichs@lwclawyers.com

Matthew S. Ponzi
E-mail: mponzi@fgppr.com

Thomas B. Orlando
E-mail: torlando@fgppr.com

Richard A. Buchanan
E-mail: rbuchanan@fgppr.com

I certify under penalty of perjury that the foregoing is true and correct. Executed this 21st day of December 2011 in Cedar Rapids, IA.

_____
J. Michael Weston